Lindsay Demaree
Nevada Bar No. 11949
BALLARD SPAHR LLP
100 North City Parkway, Suite 1750
Las Vegas, Nevada 89106-4617
Telephone: 702.471.7000
Facsimile: 702.471.7070
demareel@ballardspahr.com

*Attorneys for Defendant*
*Chase Bank USA, N.A.,(improperly named as*
*"Chase Bank, National Association")*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| REBECCA J. BORDONARO, | CASE NO. 2:16-cv-01097-JCM-CWH |
| Plaintiff, | |
| v. | JOINT MOTION TO DISMISS DEFENDANT CHASE BANK USA, N.A. (Incorrectly named as "CHASE BANK, NATIONAL ASSOCIATION") |
| AMERICAN EXPRESS CO.; AURORA BANK FSB; BANK OF AMERICA, NATIONAL ASSOCIATION; CHASE BANK, NATIONAL ASSOCIATION; CITI BANK, NATIONAL ASSOCIATION A/K/A MACY'S/DSNB; WELLS FARGO BANK, NATIONAL ASSOCIATION; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC., | |
| Defendants. | |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Rebecca J. Bordonaro ("Plaintiff") and Defendant Chase Bank USA, N.A. (incorrectly named as "Chase Bank, National Association") ("Chase USA"), moves this Court to dismiss with prejudice (i) Plaintiff's claim against Chase USA only, and (ii) the allegations contained in 127 – 143 of the Complaint (Doc. No. 1), which allegations form the basis of Plaintiff's claim against Chase USA. Each party will bear its own costs, disbursements, and attorneys' fees.

///

DMWEST #14698233 v1

| | |
|---|---|
| Dated: August 5, 2016. | Dated: August 5, 2016. |
| HAINES & KRIEGER, LLC | BALLARD SPAHR LLP |
| By: /s/ *David H. Krieger* <br> David H. Krieger <br> Nevada Bar No. 9086 <br> 8985 S. Eastern Avenue, Suite 350 <br> Henderson, Nevada 89123 <br> (702) 880-5554 <br> dkrieger@hainesanadkrieger.com <br> *Attorneys for Plaintiff* | By: /s/ *Lindsay Demaree* <br> Lindsay Demaree <br> Nevada Bar No. 11949 <br> 100 North City Parkway, Suite 1750 <br> Las Vegas, Nevada 89106 <br> *Attorneys for Defendant* <br> *Chase Bank USA, N.A.* |

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: September 7, 2016

DMWEST #14698233 v1      2