David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com
*Attorney for Plaintiff, Rebecca J. Bordonaro*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| Rebecca J. Bordonaro,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>AMERICAN EXPRESS CO.; AURORA BANK FSB; BANK OF AMERICA, NATIONAL ASSOCIATION; CHASE BANK, NATIONAL ASSOCIATION; CITI BANK, NATIONAL ASSOCIATION A/K/A MACY'S/DSNB; WELLS FARGO BANK, NATIONAL ASSOCIATION; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>　　　　　Defendants. | **Case No. 2:16-cv-01097-JCM-CWH**<br><br>**STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE AS TO JPMORGAN CHASE BANK, N.A. ONLY** |

　　　　Plaintiff Rebecca J. Bordonaro and JPMORGAN CHASE BANK, N.A. hereby stipulate and agree that the above-entitled action shall be dismissed

…

…

Page **1** of **2**

with prejudice in accordance with Fed. R. Civ. P. 41 (a)(2) as to, and **ONLY as to, JPMORGAN CHASE BANK, N.A.**. Each party shall bear its own attorney's fees, prejudgment interest, and costs of suit.

Dated:　　　　　January 12, 2017

| By: | By: |
|---|---|
| /s/David H. Krieger, Esq.<br>David H. Krieger, Esq.<br>Nevada Bar No. 9086<br>HAINES & KRIEGER, LLC<br>8985 S. Eastern Avenue<br>Suite 350<br>Henderson, Nevada 89123<br>*Attorney for Plaintiff* | /s/ Lindsay Demaree, Esq.<br>Lindsay Demaree, Esq.<br>Ballard Spahr LLP<br>100 North City Parkway<br>Suite 1750<br>Las Vegas, NV 89106-4617<br>*Attorney for Defendant  JPMORGAN CHASE BANK, N.A.* |

## ORDER

IT IS SO ORDERED

_____
UNITED STATES DISTRICT JUDGE

DATED: January 13, 2017