David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com
*Attorney for Plaintiff, Rebecca J. Bordonaro*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| Rebecca J. Bordonaro, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> AMERICAN EXPRESS CO.; ) <br> AURORA BANK FSB; BANK OF ) <br> AMERICA, NATIONAL ) <br> ASSOCIATION; CHASE BANK, ) <br> NATIONAL ASSOCIATION; CITI ) <br> BANK, NATIONAL ASSOCIATION ) <br> A/K/A MACY'S/DSNB; WELLS ) <br> FARGO BANK, NATIONAL ) <br> ASSOCIATION; EQUIFAX ) <br> INFORMATION SERVICES, LLC; ) <br> EXPERIAN INFORMATION ) <br> SOLUTIONS, INC, ) <br> Defendants. ) | **Case No. 2:16-cv-01097-JCM-CWH** <br><br> **STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE AS TO EXPERIAN INFORMATION SOLUTIONS, INC. ONLY** |

Plaintiff Rebecca J. Bordonaro and EXPERIAN INFORMATION SOLUTIONS, INC. hereby stipulate and agree that the above-entitled action shall

…

…

be dismissed with prejudice in accordance with Fed. R. Civ. P. 41 (a)(2) as to, and **ONLY as to, EXPERIAN INFORMATION SOLUTIONS, INC.**. Each party shall bear its own attorney's fees and costs of suit.

Dated: March 13, 2017

| By: | By: |
|---|---|
| /s/David H. Krieger, Esq. | /s/ Jennifer L. Braster, Esq. |
| David H. Krieger, Esq. | Jennifer L. Braster, Esq. |
| Nevada Bar No. 9086 | Maupin Naylor Braster |
| HAINES & KRIEGER, LLC | 1050 Indigo Drive |
| 8985 S. Eastern Avenue | Suite 200 |
| Suite 350 | Las Vegas, NV 89145 |
| Henderson, Nevada 89123 | *Attorney for Defendant EXPERIAN INFORMATION SOLUTIONS, INC.* |
| *Attorney for Plaintiff* | |

## **ORDER**

IT IS SO ORDERED

_____
UNITED STATES DISTRICT JUDGE

DATED: March 14, 2017 _____